**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――

## NO. 01-17-00306-CV

―――――――――――――――

## IN RE KILLEEN & STERN, P.C., Relator

―――――――――――――――

### Original Proceeding on Petition for Writ of Mandamus

―――――――――――――――

### MEMORANDUM OPINION

Relator, Killeen & Stern, P.C., has filed a petition for a writ of mandamus challenging an order that grants real party in interest Markel Corporation's motion to quash the deposition of Steve Markel and motion for protective order.[1]

We deny the petition.

―――――――――――――――

[1] The underlying case is *Killeen & Stern, P.C. v. Markel Corporation*, Cause No. 2015-77711, in the 61st District Court of Harris County, the Honorable Fredericka Phillips presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.